UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **CHARLENE MOORE,** | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.: **1:17-cv-** |
| Plaintiff, | | |
| v. | | |
| **SANTANDER CONSUMER USA, INC.,** | | |
| Defendant. | | |

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff CHARLENE MOORE ("Plaintiff"), by and through her attorneys, Kurz Law Group, LLC and Kimmel & Silverman, P.C., alleges the following against SANTANDER CONSUMER USA, INC. ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2. This Court's jurisdiction arises under 28 U.S.C. § 1331, which grants this Court original jurisdiction of all civil actions arising under the laws of the United States. See <u>Mims v. Arrow Fin. Services, LLC</u>, 132 S. Ct. 740, 747, 181 L. Ed. 2d 881 (2012).

3. Defendant conducts business in the State of Georgia therefore personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person residing in Augusta, Georgia.

6. Plaintiff is a "person" as that term is defined by 47 U.S.C. § 153(39).

7. Defendant is a national company with a business address of P.O. Box 961245, Fort Worth, Texas 76161.

8. Defendant is a "person" as that term is defined by 47 U.S.C. § 153(39).

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Plaintiff has a cellular telephone number.

11. Plaintiff has only used this number as a cellular telephone number.

12. Beginning in or before January 2015 and continuing through March 2016, Defendant called Plaintiff's cellular telephone number repeatedly.

13. Defendant called Plaintiff from telephone numbers including, but not limited to, 888-222-4227. The undersigned has confirmed that this number belongs to Defendant.

14. When contacting Plaintiff on his cellular telephone, Defendant used an automatic telephone dialing system and/or pre-recorded or artificial voice.

15. Plaintiff knew that the calls were automated as when she would answer the telephone, there would be either a recorded message before the calls would drop or be transferred to a representative or a noticeable delay or silence before the call terminated or a person came on the line.

16. Defendant's calls were not for emergency purposes.

17. In or around February 2015, shortly after calls started, Plaintiff told Defendant to stop calling her thereby revoking any consent, if any existed, Defendant may or may not have thought it had to call.

18. Once Defendant knew its calls were unwanted there was no lawful purpose in continuing to call Plaintiff.

19. However, Defendant ignored this request and continued calling Plaintiff through March 2016.

20. After Defendant ignored Plaintiff's requests to stop calling him, Plaintiff had no option but to try to block calls from their number(s).

21. Plaintiff found Defendant's repeated calls to be frustrating, annoying, harassing, invasive, and upsetting.

22. Upon information and belief, Defendant conducts business in a manner which violates the Telephone Consumer Protection Act.

## COUNT I
## DEFENDANT VIOLATED THE TCPA

23. Plaintiff incorporates the foregoing paragraphs as though the same were set forth at length herein.

24. Defendant initiated automated calls to Plaintiff using an automatic telephone dialing system and/or artificial or pre-recorded voice.

25. Defendant's calls to Plaintiff were made to collect money, not for "emergency purposes."

26. After Defendant was told to stop calling, Defendant knew or should have known it did not have consent to call and/or that any consent it thought it had was revoked.

27. The acts and/or omissions of Defendant were done unfairly, unlawfully, intentionally, deceptively, fraudulently, and absent bona fide error, lawful right, legal defense, legal justification, or legal excuse.

28. As a result of the above violations of the TCPA, Plaintiff has suffered the losses and damages as set forth above entitling Plaintiff to an award of statutory, actual, and treble damages.

WHEREFORE, Plaintiff, CHARLENE MOORE respectfully prays for judgment as follows:

   a. The great of all actual damages suffered pursuant to 47 U.S.C. § 227(b)(3)(A); or

   b. Statutory damages of $500.00 per violative telephone call pursuant to 47 U.S.C. § 227(b)(3)(B); or

   c. Treble damages of $1,500.00 per violative telephone call pursuant to 47 U.S.C. § 227(b)(3); and

   d. Injunctive relief pursuant to 47 U.S.C. § 227(b)(3);

   e. Any other relief deemed appropriate by this Honorable Court.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff CHARLENE MOORE, demands a

jury trial in this case.

Respectfully submitted,

Dated: February 8, 2018    By: /s/ Dennis R. Kurz
Dennis R. Kurz, Esq.
Georgia Bar No.: 430489
Kurz Law Group, LLC
1640 Power Fry Road
Building 17, Ste 200
Marietta GA 30067
Phone: (678) 264-8003
dennis@kurzlawgroup.com
**Attorney for Plaintiff**

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1**

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

                          Respectfully submitted,

Dated: February 8, 2018       By:  <u>/s/ Dennis R. Kurz</u>
                                        Dennis R. Kurz, Esq.
                                        Georgia Bar No.: 430489
                                        Kurz Law Group, LLC
                                        1640 Power Fry Road
                                        Building 17, Ste 200
                                        Marietta GA 30067
                                        Phone: (678) 264-8003
                                        dennis@kurzlawgroup.com
                                        **Attorney for Plaintiff**