IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CHARLENE MOORE,

    Plaintiff,

        v.

SANTANDER CONSUMER USA, INC.,

    Defendant.

CV 118-026

ORDER

Before the Court is the parties' joint motion to stay court proceedings pending arbitration. (Doc. 8.) Upon due consideration, the Court **GRANTS** the parties' motion and **ORDERS** the Clerk to **STAY** this case. The parties **SHALL** file a joint status report updating the Court on the progress of the arbitration on September 14, 2018, or the completion of arbitration, whichever occurs first.

**ORDER ENTERED** at Augusta, Georgia, this ___14th___ day of June, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA